## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Ovila Richard,**
            **Plaintiff(s)**

      v.                              CIVIL ACTION NO. 12-10960-TSH

**Northeast Credit Solutions, Inc., et al.,**
            **Defendant(s)**

### DEFAULT JUDGMENT

**Hillman , D.J.**

    Defendants having failed to plead or otherwise defend in this action and their defaults having been entered.

    Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of **$2,000.00** and defendants are not infants or incompetent persons or in the military service of the United States, and that plaintiff has incurred costs in the sum of **$ 425.00.**

    It is hereby  ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendants the principal amount of **$ 2,000.00**, with costs in the amount of  **$ 425.00** plus attorney's fees in the amount of **$1,500.00,** for a total judgment of
**$ 3.925.00**  with  interest as provided by law.

                                                      By the Court,

**Dated: 9/14/12**                                      **/s/ Martin Castles**
                                                           **Deputy Clerk**